IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSE PEREZ BARRON, :
    Plaintiff :
     :
    vs. :    CIVIL NO. 1:CV-09-0816
     :
UNITED STATES, et al., :
    Defendants :

*O R D E R*

AND NOW, this 15th day of June, 2009, upon consideration of the report and recommendation of the magistrate judge (doc. 9), filed May 22, 2009, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1. The magistrate judge's report is adopted.

    2. The Clerk of Court shall transfer this case to the United States District Court for the Western District of Pennsylvania.

    3. The Clerk of Court shall close this file.

                      <u>/s/William W. Caldwell</u>
                        William W. Caldwell
                        United States District Judge