IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOSE PEREZ-BARRON, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09-173J |
| | ) | Judge Gibson |
| | ) | Magistrate Judge Bissoon |
| UNITED STATES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Jose Perez-Barron's civil rights complaint was filed on April 30, 2010, and was referred to United States Magistrate Judge Cathy Bissoon for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.C and 72.D of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on July 19, 2010, recommended that the Motion to Dismiss filed by the Cornell Companies Defendants (Doc. 20) be granted, and that Motion to Dismiss or for Summary Judgment filed by the Federal Defendants (Doc. 28) be granted. Objections to the Report and Recommendation were due on or before August 2, 2010. Plaintiff filed objections on August 12, 2010 (Doc. 31) and the Cornell Company Defendants filed a Response on August 19, 2010 (Doc. 32). Although untimely filed, the Court has considered the merits of Plaintiff's objections and finds that his arguments have been adequately addressed in the Magistrate Judge's Report.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following order is entered:

AND NOW, this 23rd day of August, 2010,

IT IS HEREBY ORDERED that the Motion to Dismiss filed by the Cornell Companies Defendants (Doc. 20) is GRANTED, and that Motion to Dismiss or for Summary Judgment filed by the Federal Defendants (Doc. 28) is GRANTED. The clerk is directed to mark this case CLOSED. The Report and Recommendation of Magistrate Judge Bissoon (Doc. 30), dated July 19, 2010, is adopted as the opinion of the court.

Kim R. Gibson
U.S. District Court Judge

cc:
JOSE PEREZ-BARRON
15887-067
Moshannon Valley Correctional Institution
P.O. Box 2000
Philipsburg, PA 16866